No. 619. CAPRIO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Ralph G. Mesce* for

petitioner. *Charles V. Webb, Jr.* and *C. William Caruso* for respondent. 